UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE DIVISION

CHRISTY AYO,

    Plaintiff,

v.

CASE NO. 3:11-cv-00114-FJP -CN

GREENBERG, STEIN & ASSOCIATES,

    Defendant.

_____/

### NOTICE OF VOLUNTARY DISMISSAL

CHRISTY AYO (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, GREENBERG, STEIN & ASSOCIATES (Defendant), in this case. Furthermore Plaintiff respectfully request this honorable court to vacate the Order to Show Cause hearing and the Scheduling Conference set for September 22, 2011 at 9:00 AM.

Dated: September 21, 2011

RESPECTFULLY SUBMITTED,

By: Kelli Denise Mayon
Kelli Denise Mayon, Esq.
Attorney for Plaintiff
4429 Herrmann Street, Apt. D
Metairie Louisiana 70006

Of Counsel
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
(323) 988 2400

*[Handwritten note:]* Order Plaintiff's motion to dismiss this case with prejudice is granted. The Show Cause hearing and Scheduling conference set for Sept 22, 2011 are also canceled. [signature] 9-21-11

1